**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  15-cv-00050-REB

ALBERTA S. MARTINEZ,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Judgment is hereby entered.

Pursuant to the **Order Affirming Commissioner** [#18] entered by Judge Robert E. Blackburn on March 30, 2016, it is

ORDERED that the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is **AFFIRMED**.

DATED at Denver, Colorado, this 30th day of March, 2016.

                                FOR THE COURT:

                                Jeffrey P. Colwell, Clerk

                                By: s/ Kathleen Finney
                                        Kathleen Finney
                                        Deputy Clerk